UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG MYN PARK, MIN SOOK SUH,<br><br>            Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA; BANK OF AMERICA, N.A.; BRIAN T. MOYNIHAN, DAVID C. DARNELL; GARY G. LYNCH; THOMAS K. MONTAG and Does 1-XXXX, et al.,<br><br>            Defendants. | No.   CIV. S-13-1717 LKK/DAD<br><br>**ORDER** |

Pending before the court in the above-captioned case is defendants' motion to dismiss, currently scheduled to be heard on October 21, 2013. (ECF No. 7.) Plaintiffs, represented by Pamela J. Palmieri, have not filed a timely opposition or statement of non-opposition, as required by Local Rule 230(c).

Accordingly, the court hereby orders as follows:

[1] Counsel for plaintiffs is ORDERED TO SHOW CAUSE in writing why she should not be sanctioned in accordance with Local Rule 110, including a fine of $150.00 and/or an order

1

1   dismissing the lawsuit, for her failure to respond to the
2   dismissal motion in a timely manner. Counsel for plaintiffs
3   shall file her written response to this Order To Show Cause
4   within seven (7) calendar days of the docketing of this
5   order.

7   [2] The hearing on the motion to dismiss, currently
8   scheduled for October 21, 2013, is CONTINUED to November 18,
9   2013 at 10:00 a.m. in Courtroom 4.

11   [3] Plaintiffs are DIRECTED to file an opposition or
12   statement of non-opposition to defendants' dismissal motion
13   no later than October 14, 2013 at 4:30 p.m. Defendants shall
14   file their reply, if any, no later than October 21, 2013 at
15   4:30 p.m.
16   IT IS SO ORDERED.
17   DATED:  October 8, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT