1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JUNG MYN PARK, MIN SOOK SUH,       No.  CIV. S-13-1717 LKK/DAD

12              Plaintiffs,

13       v.                            **ORDER**

14  BANK OF AMERICA; BANK OF
    AMERICA, N.A.; BRIAN T.
15  MOYNIHAN, DAVID C. DARNELL;
    GARY G. LYNCH; THOMAS K.
16  MONTAG and Does 1-XXXX, et
    al.,
17
                Defendants.
18

19       Plaintiffs have once again failed to file an opposition or

20  Statement of Non-Opposition in response to defendants' dismissal

21  motion.  For the reasons that follow, this case will be dismissed

22  for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

23       Plaintiffs filed their initial complaint in this court on

24  August 16, 2013.  Defendants moved to dismiss and noticed a

25  hearing on the motion for November 19, 2013.  When plaintiffs

26  failed to respond to the dismissal motion in any way, the court

27  issued an Order To Show Cause ("OSC") why counsel should not be

28  sanctioned, and why the case should not be dismissed.  ECF No. 9.

1    Plaintiffs' counsel responded to the OSC by claiming that

2  she never received the motion to dismiss.   ECF No. 12.   The

3  docket shows that plaintiffs' counsel was electronically served.

4  The court sanctioned plaintiffs' counsel and imposed a new

5  briefing schedule.   Although the court was not impressed by the

6  excuse offered by plaintiffs' counsel, it reluctantly refrained

7  from dismissing the action in order to avoid depriving plaintiffs

8  of their day in court "due to their counsel's errors."   ECF

9  No. 13.   However, the court expressly put plaintiffs' counsel on

10  notice "that she must henceforth diligently review her email and

11  the electronic docket in this matter, and timely file all

12  required documents, as the court will accept no further excuses

13  going forward."   Id., at 3.

14    Thereupon, plaintiff timely opposed the then-pending

15  dismissal motion.   The court dismissed the complaint with leave

16  to amend the complaint.   ECF No. 17.   Plaintiffs timely amended

17  their complaint.   ECF No. 19.

18    On February 10, 2014, defendants moved to dismiss the First

19  Amended Complaint, and noticed a hearing on the motion for March

20  17, 2014.   ECF No. 20.   On February 21, 2014, plaintiffs

21  acknowledged that the dismissal motion had been filed, in a

22  "Joint Status Report."   ECF No. 22 ¶ (g).   The Joint Status

23  Report appears to offer a summary of how plaintiffs would oppose

24  the dismissal motion, which was due on March 3, 2014.   Id.

25  However, plaintiffs never filed any opposition to the dismissal

26  motion, nor any Statement of Non-Opposition.

27    Plaintiffs and their counsel have thus failed to comply with

28  the local rules for a second time, again failing to oppose

2

1  defendant's dismissal motion, or to file a Statement of Non-

2  Opposition.  See E.D. Cal. R. 230(c).  They have also failed to

3  heed the court's express warning that they must, going forward,

4  timely file required documents, or suffer dismissal or other

5  sanctions.  This time around, plaintiffs were plainly aware that

6  the dismissal motion had been filed, and accordingly, their

7  failure to respond to it appears to be a willful refusal, or

8  inability, to diligently prosecute this case.

9       For the foregoing reasons, this action is dismissed for

10  failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

11       IT IS SO ORDERED.

12       DATED:  March 4, 2014.

13

14

15

16                    LAWRENCE K. KARLTON
                     SENIOR JUDGE
17                    UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

                                3